**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.

ADIDAS AG, *et al.*,

Plaintiffs,

vs.

THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

Defendants.
_______________________________________________/

**DECLARATION OF HUANG YU TING IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION FOR ORDER AUTHORIZING ALTERNATE SERVICE OF PROCESS**

I, Huang Yu Ting, declare and state as follows:

1. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would competently testify to the following facts set forth below.

2. I am a lifelong resident of Guangzhou, Guangdong, Peoples Republic of China ("PRC") and am extremely familiar with the methods for locating proper addresses in the PRC and the Hong Kong Special Administrative Region of the People's Republic of China. (HKSAR). I have conducted investigative work in the PRC and HKSAR for over fifteen years. I am fluent in Mandarin, Cantonese, and English.

3. Counsel for Plaintiffs adidas AG, adidas International Marketing B.V., and adidas America, Inc. ("Plaintiffs"), requested that I review contact information for information for service of process on Defendants, the Individuals, Business Entities, and Unincorporated Associations Identified on Schedule "A" to Plaintiffs' *Ex Parte* Motion for Order Authorizing Alternate Service

of Process on Defendants to locate any physical address at which any of the Defendants could be served.

4. I conducted searches of several public databases and directories available in the PRC, as well as the HKSAR, including the National Enterprise Credit Information Public System, the Baidu Cloud Domain Database, the China Telecom & China Unicom phone directory, and the Hong Kong Company Registry. However, I was unable to find a valid listing or physical address for service of process upon any of the Defendants at issue in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed 2026-07-08, at Guangzhou, Guangdong, China.

Huang Yu Ting